```
1  David Chami (SBN 027585)
   PRICE LAW GROUP, APC
2  5420 S. Lakeshore Dr., Suite 102
   Tempe, AZ 85283
3  T: 800-884-6000
   Fax: 866-612-5700
4  David@pricelawgroup.com
5
   Attorneys for Plaintiff
6  BONNIE REESE
7
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| BONNIE REESE, | Case No.: 2:12-cv-00141-SRB |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| vs. | |
| REGENCY CREDIT, LLC; and DOES 1 to 10, inclusive, | |
| Defendants. | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff BONNIE REESE (hereinafter "Plaintiff"), by and through her attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case without prejudice.

1

2    DATED: February 29, 2012

3

RESPECTFULLY SUBMITTED,

PRICE LAW GROUP APC

By: /s/ David Chami
    David Chami
    Attorney for Plaintiff